THE PEOPLE OF THE STATE OF ILLINOIS, Petitioner-Appellee, *v.* PAUL T. MANION, Respondent-Appellant.

(No. 11525;

Fourth District—February 1, 1972.

Richard J. Doyle of Manion & Doyle, of Hoopeston, for appellant.

Everett L. Laury, State's Attorney, of Danville, for the People.

Mr. PRESIDING JUSTICE TRAPP delivered the opinion of the court:

Upon bench trial, defendant was convicted of speeding—a violation of Ill. Rev. Stat. 1969, ch. 95½, par. 146(b), also known as Par. 49(b) of the Uniform Act Regulating Traffic. Upon his appearance, defendant filed a written motion for jury trial. The court denied such motion and defendant appeals.

In *People ex rel. Filkin v. Flessner,* 48 Ill.2d 54, 268 N.E.2d 376, the Supreme Court held that a statutory right to jury trial for offenses of this quality prevailed by reason of Ill. Rev. Stat. 1967, ch. 38, par. 103—6, ch. 38, par. 102—15 and ch. 95½, par. 234. The same statutory provisions are in effect as in *People v. Albers* (Ill.App.2d), 271 N.E.2d 112. The judgment below is reversed and this cause is remanded for a new trial with directions to grant the motion of defendant for a jury trial.

Reversed and remanded with directions.

SMITH and CRAVEN, JJ., concur.